**Order filed February 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00880-CV
_____

### TRANSAMERICA CORPORATION, Appellant

### V.

### BRAES WOODS CONDO ASSOCIATION INC., Appellee

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-12580**

---

## O R D E R

Appellant's brief was due January 19, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 21, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM